# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB, | |
| Petitioner, | **8:20CV68** |
| vs. | |
| STATE OF NEBRASKA, ET AL., | **ORDER** |
| Respondent. | |

IT IS ORDERED that Petitioner's Motion to Appoint Specific Counsel (Filing no. 8) and Motion for "3-Judge . . . Evidentiary Hearing" (Filing no. 9) are denied.

Dated this 24th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge