# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

YOHAN WEBB,

          Petitioner,

    vs.

STATE OF NEBRASKA, ET AL;

          Respondent.

**8:20CV68**


**ORDER**

After careful consideration,

IT IS ORDERED that Petitioner's "motion requesting 3 judge district court to convene an evidentiary hearing," Filing no. 11, is denied.

Dated this 29th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge